# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT COURT OF FLORIDA

**In re**

**ALAIN VILLAR**

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JUL 1 0 2023

FILED_____ RECEIVED_____

Code7

Case No.**23-12699**

**Debtor,**

## NOTICE OF APPEAL

The Debtor, ALAIN VILLAR to Rule 8002/4/6 hereby files a notice of appeal on

the order of <u>June 16th, 2023</u> to the District Court. **Attached** (A) pl-2

Filed this June 23rd,2023

/ALAIN VILLAR/
Debtor

F/I

The notice of appeal
was timely file

received by the Clerk (USPS Clerk)

on June 6, 2023

@ Hello

not allowed Elec filing

(w) mailing Stamp by
clerk is filed date



**ORDERED in the Southern District of Florida on June 16, 2023.**

Corall Lopez-Castro, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Alain Villar
SSN / ITIN: xxx-xx-8104

Case No. 23-12699-CLC
Chapter 7
Adversary Proceeding No.
U.S. District Court Case No. 23-cv-22207-BB

_____Debtor_____ /

Plaintiff,

vs.

_____Defendant_____ /

## ORDER DISMISSING BANKRUPTCY APPEAL

A Notice of Appeal was filed on  06/12/2023 , by  Debtor Alain Villar

appealing an order entitled  ORDER DISMISSING BANKRUPTCY APPEAL (ECF# 40)

(rev. 10/16/19)

Page 1 of 2

A review of the record indicates that:

[✓]     The appeal was filed after the time specified in Bankruptcy Rule 8002. [See also Local Rule 8002-1(A).]

[ ]     Appellant failed to timely file the designation of the items for the record or its statement of the issues as required by Bankruptcy Rule 8009. [See also Local Rule 8009-1(A).]

[ ]     A "Notice of Deficiency Related to Filing an Appeal" was provided by the Clerk to the appellant indicating that the filing fee required by Bankruptcy Rule 8003(a)(3)(c) has not been remitted and the appellant has not timely remedied this deficiency. [See also Local Rule 8003-1.]

Accordingly, it is

**ORDERED** that this appeal is DISMISSED as authorized and directed by Local Rule 87.4(c) of the U.S. District Court.

### ###

**The Clerk shall provide a copy of this order to:**
All parties to the appeal
Office of the U.S. Trustee
U.S. District Court – Southern District of Florida

(rev. 10/16/19)

P-2







·From: **Miriam Soler** somohanosoler@icloud.com
Date: **Jun 25, 2023 at 6:45:19 PM**
   To: **solarcapitalholdings@gmail.com**



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT COURT OF FLORIDA

In re

ALAIN VILLAR                                    Case No.23-12699
                                                        Chapter 7

Debtor,

## NOTICE OF APPEAL

The Debtor, ALAIN VILLAR to Rule 8002/4/6 hereby files a notice of appeal on

the orders of May 26th, 2023 to the District Court final orders on the following

grounds.

   (A) Bankruptcy Judge Hayman with judicial capacity over pending cases from

   AJC not newly filed cases.

              Hayman was not certify staff by the Judicial Council

   (B) The Dismissal Order is short and succinct requires no further explanation

              Motion for transcription of the recorded oral hearing ruling.

Filed this June 5th, 2023

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                                                   **General Order 2023-02**

**Assignment of New Cases and**
**Adversary Proceedings, and Reassignment**
**of Pending Cases Upon Appointment of**
**Bankruptcy Judge Corali Lopez-Castro**
_____/

To implement the assignment of cases and adversary proceedings to newly appointed Bankruptcy
Judge Corali Lopez-Castro, it is

**ORDERED** as follows:

1. **Beginning June 3, 2023**, newly filed cases and adversary proceedings shall be assigned to
   Judge Corali Lopez-Castro as provided under Local Rule 1073-1.  Specifically, Chief Judge
   Laurel M. Isicoff, Judge Robert A. Mark, and Judge Corali Lopez-Castro will each receive
   a one-third percent of the Miami division cases filed under each chapter of the Bankruptcy
   Code; and

2. All pending and reopened cases and any related adversary proceedings shall be reassigned
   from bankruptcy Judge Paul G. Hyman, Jr., to Judge Corali Lopez-Castro.  The Clerk of Court
   is directed to effect the transfer of these cases by entering an electronic transfer entry on the
   court docket in every affected case and adversary proceeding to reflect the current judge
   assignment; and

3. Hearings, including those hearings scheduled in cases and adversary proceedings reassigned
   under this order to Judge Lopez-Castro, will proceed on the date and time as scheduled unless
   otherwise ordered or noticed.  Judge Lopez-Castro will conduct these hearings.

4. Nothing in this order shall preclude the future transfer of cases or adversary proceedings
   to Judge Lopez-Castro, or if later deemed appropriate, reassignment of cases or adversary
   proceedings to another judge of this court; and

5. Reassignment of cases and adversary proceedings pursuant to this Order shall be effective
   on **June 3, 2023**.

**ORDERED** in the Southern District of Florida, this 30ᵗʰ day May 2023.

Laurel M. Isicoff, Chief Judge
United States Bankruptcy Court

c: All SD Bankruptcy Judges
   Joe Falzone, Clerk of Court
   Office of the U.S. Trustee

P. 5

June 6
6:17 PM

Edit

LIVE



UNITED STATES
POSTAL SERVICE.

TAMIAMI
8880 SW 8TH ST
MIAMI, FL 33144-9998
(800) 275-8777

06/06/2023                                      04:51 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® Letter | 1 | | $0.87 |

Miami, FL 33128
Weight: 0 lb 1.60 oz
Estimated Delivery Date
Thu 06/08/2023

First-Class Mail®    1                          $0.87
Letter
    Miami, FL 33128
    Weight: 0 lb 1.20 oz
    Estimated Delivery Date
        Thu 06/08/2023

Grand Total:                                    $1.74

                                                $1.74

Credit Card Remit
    Card Name: VISA
    Account #: XXXXXXXXXXXX0522
    Approval #: 11886G
    Transaction #: 959              Chip
    AID: A0000000031010
    AL: VISA CREDIT



P.6