

**ORDERED in the Southern District of Florida on July 14, 2023.**

*Corali Lopez-Castro*
_____
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

Alain Villar

Case No. 23-12699-CLC
Chapter 7
Adversary Proceeding No.
U.S. District Court Case No. 23-CV-22591-KMW

_____Debtor_____/

       Plaintiff,
vs.

_____Defendant_____/

**ORDER DISMISSING BANKRUPTCY APPEAL**

A Notice of Appeal was filed on  7/10/2023_____, by Alain Villar_____

_____

appealing an order entitled Order Dismissing Appeal for Failure by Appellant(s) to Timely File Notice of
Appeal,  (U.S. District Court Case No. 23-cv-22207-BB) (ECF #57)_____

_____

(rev.  10/16/19)

A review of the record indicates that:

[✓]    The appeal was filed after the time specified in Bankruptcy Rule 8002. [See also Local Rule 8002-1(A).]

[ ]    Appellant failed to timely file the designation of the items for the record or its statement of the issues as required by Bankruptcy Rule 8009. [See also Local Rule 8009-1(A).]

[ ]    A "Notice of Deficiency Related to Filing an Appeal" was provided by the Clerk to the appellant indicating that the filing fee required by Bankruptcy Rule 8003(a)(3)(c) has not been remitted and the appellant has not timely remedied this deficiency. [See also Local Rule 8003-1.]

Accordingly, it is

**ORDERED** that this appeal is DISMISSED as authorized and directed by Local Rule 87.4(c) of the U.S. District Court.

***###***

**The Clerk shall provide a copy of this order to:**
All parties to the appeal
Office of the U.S. Trustee
U.S. District Court – Southern District of Florida

(rev. 10/16/19)